IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHNNIE B. GREEN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:10-CV-2104-N-BK |
| | § | |
| FEDEX GROUND PACKAGE SYSTEM INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Defendant filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. It is, therefore, ordered that Defendant's motion to dismiss is granted, that Plaintiff's complaint is dismissed, and that Plaintiff has thirty (30) days from the date of this Order to file an amended complaint. If no sufficient amended complaint is filed by that time, the Court will without further notice enter judgment against Plaintiff.

Signed March 9, 2011.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE